JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Eat Strong, LLC., a Utah company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Palomino Trade, LLC, a California company,<br><br>　　　　Defendant. | Case No. 5:23-cv-02041 DDP (KKx)<br><br>**[PROPOSED] ORDER AND FINAL JUDGMENT INCLUDING PERMANENT INJUNCTION [27]**<br><br>Hon. R. Gary Klausner,<br>Presiding Judge<br><br>Trial Date:　　　None |

　　Based upon the Application for Default Judgment submitted by Plaintiff Eat Strong, LLC the Court believes this is a proper action to make a Final Judgment including a Permanent Injunction.

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be deemed "exceptional" under 15 U.S.C. § 1117(a).

　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff Eat Strong, LLC, in the amount of **$16,449** against Defendant Palomino Trade, LLC, for attorneys' fees.

　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendant, Palomino Trade, LLC and its owners, officers, agents, servants, employees, attorneys, suppliers, distributors, those who provide marketing, promotional, distribution, and selling services for Palomino Trade, LLC are

permanently restrained and enjoined from infringing on the FUELED FRESH KITCHEN trademark ("TRADEMARK"), either directly or contributorily, in any manner, including but not limited to:

1. Using on its Internet website, https://www.fueldkitchen.com, or using on any other website operated by, controlled by, or affiliated with Palomino Trade, LLC (including without limitation, ubereats.com, yelp.com, Instagram, Facebook, or similar third party website) anywhere in the world any reproduction, counterfeit, copy, or colorable imitation of the TRADEMARK, or using the words "FUELED" and/or "FUEL'D" otherwise, for so long as the TRADEMARK is being used by Eat Strong, LLC, or any successor-in-interest, by itself or in connection with any other word, symbol or alphanumeric characters, in connection with the sale, offering for sale, distribution, or advertising of any goods or services in the food, food preparation, or restaurant industry;

2. Using any advertisement, label, package, sign, written solicitation, printed material, electronic media, television broadcast or video broadcast featuring the TRADEMARK, or anywhere in the world any reproduction, counterfeit, copy, or colorable imitation of the TRADEMARK, including using the words "FUELED" and/or "FUEL'D" otherwise, for so long as the TRADEMARK is being used by Eat Strong, LLC, or any successor-in-interest, by itself or in connection with any other word, symbol or alphanumeric characters, in connection with the sale, offering for sale, distribution, or advertising of any goods or services in the food, food preparation, or restaurant industry;

3. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any services rendered by Defendant are in any manner associated or connected with Eat Strong, LLC, or are sold, licensed, sponsored, approved, or authorized by Eat Strong, LLC;

      4.      Engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Eat Strong, LLC's business reputation or dilute the distinctive quality of the Trademark;

      5.      Effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (i) through (v).

Defendant Palomino Trade, LLC, is hereby ordered to deliver up for destruction to Eat Strong all products, advertisements, promotional materials, and signage in their possession or under their control bearing the TRADEMARK, or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, pursuant to 15 U.S.C. § 1118;

The Court shall retain jurisdiction to enforce the terms of the Permanent Injunction in this matter. All remaining claims between the parties are dismissed with prejudice.

Dated: 2/21/2024

_____
Honorable R. Gary Klausner
U.S. District Court Judge

Respectfully submitted by
Conkle, Kremer & Engel, PLC

 /s/ Amanda R. Washton
Amanda R. Washton
Attorneys for Plaintiff Eat Strong LLC